

FILED
JAN 18 2007
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

TJ

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

```
In re                          )    Case No. 06-23837-C-7
                               )
CUONG QUOC VO and              )
HOA KIM NGUYEN,                )    MC No. PDM-1
                               )
        Debtors.               )
_____)
```

**FINDINGS OF FACT AND CONCLUSIONS OF LAW
ON MOTION FOR RELIEF FROM AUTOMATIC STAY NOT INTENDED FOR
PUBLICATION**

These findings of fact and conclusions of law, which are not intended for publication, are rendered in this contested matter pursuant to Federal Rules of Civil Procedure 52 as incorporated by Federal Rules of Bankruptcy Procedure 7052 and 9014.

### Jurisdiction

Jurisdiction is founded upon 28 U.S.C. § 1334. This is a core proceeding. 28 U.S.C. § 157(b)(2)(G).

### Findings of Fact

Debtors filed their voluntary chapter 7 petition on



September 26, 2006. They scheduled real property commonly known as 5318 Iris Spring Way, Elk Grove, CA 95757 ("property") as property of the estate. The first meeting of creditors was held on October 20, 2006. The meeting of creditors has been continued to January 26, 2007. Debtors were discharged from all dischargeable debts on December 29, 2006.

On November 30, 2006, GE Money Bank ("movant") filed a motion, notice, and declaration requesting that this court vacate the automatic stay to permit movant to foreclose upon the property. The fair market value of the property is approximately $672,000.00. Movant has a lien on the property in the approximate amount of $55,435.87. There are other liens against the property in the approximate amount of $594,097.37.

The motion was first heard on December 12, 2006, which was then continued to January 9, 2007 at 9:30 a.m. In the meantime, debtors amended Schedule C on December 13, 2006 to claim the property as exempt.

Upon review of the record, the court determined that the written record is adequate.

## Conclusions of Law

The automatic stay of acts against debtor *in personam* expires when the debtor is granted a discharge. 11 U.S.C. § 362(c)(2)(C). Acts against property of the estate remain stayed until the earliest of the time when the bankruptcy case is closed, dismissed, or the property ceases to be property of the estate. 11 U.S.C. § 362(c). The automatic stay may be terminated earlier if debtor fails to protect the secured

party's interest adequately, § 362(d)(1), and, with respect to a stay of an act against property, debtor does not have equity in the property, § 362(d)(2)(A), and the property is not necessary to an effective reorganization.  11 U.S.C. § 362(d)(2)(B).  The issue of whether the property is necessary to an effective reorganization is not considered in a chapter 7 case because no reorganization is contemplated in a chapter 7 case.

Although the debtors appear to have equity in the property, since the debtors were granted a discharge, the automatic stay has expired as to the debtors.  Thus, the motion insofar as it is directed at the interest of the debtors is moot and will be denied.

However, the motion will be granted as to the interest of the trustee.

An appropriate order will issue.

Dated: January 18, 2007

_____
UNITED STATES BANKRUPTCY JUDGE

**CERTIFICATE OF SERVICE**

        On the date indicated below, I served a true and correct copy(ies) of the attached document by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed and by depositing said envelope in the United States mail or by placing said copy(ies) into an interoffice delivery receptacle located in the Clerk's Office.

Cuong Quoc Vo
Hoa Kim Nguyen
5318 Iris Spring Way
Elk Grove, CA 95757

Gary Ray Fraley
Fraley & Fraley
2862 Arden Way, #205
Sacramento, CA 95825

Steven W. Pite
David E. McAllister
Adam B. Arnold
PITE DUNCAN, LLP
525 E. Main Street
P.O. Box 12289
El Cajon, CA 92022

America's Servicing Co.
P.O. Box 10388
Des Moines, IA 50306

EMC Mortgage Corporation
P.O. Box 141358
Irving, TX 75014-1358

John R. Roberts
P.O. Box 1506
Placerville, CA 95667

Office of the United States Trustee
United States Courthouse
501 "I" Street, Suite 7-500
Sacramento, CA 95814

Dated: 1-18-07

_____
Deputy Clerk